The relief described hereinbelow is SO ORDERED

Done this 23rd of May, 2022



**Christopher L. Hawkins**
**United States Bankruptcy**
**Judge**



_____

### IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF ALABAMA

In re:  CASE NO. 22-30214-CLH

Demetrius Latonya Brown  Chapter 13

    Debtor.

### ORDER GRANTING RELIEF FROM STAY

    The Court having been notified that the Defendant, Demetrius Latonya Brown, has no defense to the Motion for Relief from Stay filed by Creditor, RRE Mills Havenly Associates LLC dba The Mills at 601, it is

    ORDERED that the motion is GRANTED.

### END OF ORDER###

The order was prepared by Angie Ingram and approved by the debtor's attorney and the trustee.

| | |
|---|---|
| /s/Angie Ingram | /s/Spencer W. Jones |
| Angie Ingram | Spencer W. Jones |
| Attorney for Creditor | Attorney for Debtor |
| RRE Mills Havenly Associates LLC | Demetrius Latonya Brown |
| Dba The Mills at 601 | |
| P.O. Box 242788 | P.O. Box 311167 |
| Montgomery AL 36124 | Enterprise AL 36331 |
| (205) 440-1786 | (334) 393-4357 |
| ai@angieingramlaw.com | spencer.jones@brockandstoutlaw.com |

/s/Sabrina L. McKinney
Sabrina L. McKinney
Trustee
mckinneys@ch13mdal.org